UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN E. G., | ) | NO. CV 20-7898-VAP-E |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER ACCEPTING FINDINGS, |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) | CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Defendant. | ) ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) the decision of the Commissioner of the Social Security Administration is reversed in part; and (3) the matter is remanded for further administrative action

consistent with the Report and Recommendation.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment of this date on Plaintiff, counsel for Plaintiff and counsel for Defendant.

DATED: August 26, 2021.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE